Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−13044−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Geraldine Galamb−Fasano
   aka Geraldine G. Fasano, aka Geri G.
   Fasano, aka Geraldine Galamb Fasano
   91 Willry Street
   Woodbridge, NJ 07095

Social Security No.:
   xxx−xx−2735

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 10, 2024.

Dated: June 10, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Geraldine Galamb-Fasano  
    Debtor

Case No. 24-13044-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 10, 2024      Form ID: plncf13      Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Geraldine Galamb-Fasano, 91 Willry Street, Woodbridge, NJ 07095-2441 |
| 520202008 | + | Chiang and Jones Family Dentistry, 720 US-202 206, Suite 1A,, Bridgewater, NJ 08807-1746 |
| 520202019 | + | Kim and Kim DDS LLC, 10 North Gaston Avenue, Somerville, NJ 08876-2434 |
| 520202025 | + | QVC Studio Park, 1200 Wilson Drive, West Chester, PA 19380-4262 |
| 520202027 | + | Simon Chang, DMD, 720 US Hwy 202/206, Bridgewater, NJ 08807-1746 |
| 520202033 | + | Verve Matercard/Cardholder Services, PO Box 3220, Buffalo, NY 14240-3220 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 11 2024 02:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 11 2024 02:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520202002 | ^ | MEBN | Jun 11 2024 02:11:45 | Apothaker Scian, PC, 100 Centruy Parkway, Ste 310 PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 520202003 | + | Email/Text: bankruptcy@usecapital.com | Jun 11 2024 02:19:00 | Capital Accounts LLC, PO Box 680608, Franklin, TN 37068-0608 |
| 520202004 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 02:13:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520202005 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 11 2024 02:35:52 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520209671 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 11 2024 02:13:49 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520272100 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 11 2024 02:14:34 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520234245 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 11 2024 02:25:10 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520202006 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 02:13:45 | Capital One/BJ's, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 520202007 | + | Email/Text: bankruptcy@cavps.com | Jun 11 2024 02:18:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 520216813 | + | Email/Text: bankruptcy@cavps.com | Jun 11 2024 02:18:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520202009 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 02:46:08 | Citibank Citicorp Credit Srvs, Centralized BK |

Case 24-13044-CMG    Doc 22    Filed 06/12/24    Entered 06/13/24 00:22:49    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 10, 2024 | Form ID: plncf13 | Total Noticed: 48 |

| Recip ID | | Notice Type / Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | Department, PO Box 790034, Saint Louis, MO 63179-0034 |
| 520202010 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 02:25:03 | Citibank Citicorp Credit Srvs/HOme Depot, Centralized BK Department, PO Box 790034, Saint Louis, MO 63179-0034 |
| 520202011 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 02:25:29 | Citibank/Sunoco, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520202012 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2024 02:18:00 | Comenity Bank/Boscovs, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520202013 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2024 02:18:00 | Comenity Bank/NY $ Co, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520202014 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2024 02:18:00 | Comenity Capital Bank/Ulta Beauty, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 520202015 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 11 2024 02:14:04 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 520202016 | | Email/Text: watnerlaw@gmail.com | Jun 11 2024 02:17:00 | David B. Watner, Esq., 1129 Bloomfield Ave, #208, Caldwell, NJ 07006 |
| 520202017 | + | Email/Text: data_processing@fin-rec.com | Jun 11 2024 02:17:00 | Financial Recovery Services, Inc, PO Box 21405, Eagan, MN 55121-0405 |
| 520202018 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 11 2024 02:19:00 | Genesis FS Card. Destiny, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520212749 | + | Email/Text: watnerlaw@gmail.com | Jun 11 2024 02:17:00 | KIM & KIM DDS, c/o David B. Watner, Esq., 1129 Bloomfield Ave., #208, West Caldwell, NJ 07006-7123 |
| 520206054 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2024 02:25:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520202020 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2024 02:14:10 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520287881 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 11 2024 02:14:24 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520263413 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 11 2024 02:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520202021 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 11 2024 02:18:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520202022 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 11 2024 02:13:54 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520254955 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 11 2024 02:18:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520202023 | + | Email/Text: bnc@nordstrom.com | Jun 11 2024 02:17:20 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 520202024 | | Email/Text: bankruptcies@penncredit.com | Jun 11 2024 02:16:00 | Penn Credit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106-9703 |
| 520273589 | | Email/Text: bnc-quantum@quantum3group.com | Jun 11 2024 02:18:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520202026 | + | Email/Text: compliance@sentrycredit.com | Jun 11 2024 02:19:00 | Sentry credit Inc, 2809 Grand Ave, Everett, WA 98201-3417 |
| 520202028 | + | Email/Text: bankruptcy@superlativerm.com | Jun 11 2024 02:19:00 | Superlative RM, PO Box 967, Elk Grove, CA 95759-0967 |

| Recip ID | | Notice Method | Timestamp | Name and Address |
|---|---|---|---|---|
| 520202029 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 02:13:55 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520202030 | ^ | MEBN | Jun 11 2024 02:11:04 | TD Retail Card Services, PO Box 100114, Columbia, SC 29202-3114 |
| 520202031 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jun 11 2024 02:17:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 520204604 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 11 2024 02:13:49 | U.S. Department of Housing and Urban Development,, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520202035 | | Email/Text: bankruptcynotices@vivecard.com | Jun 11 2024 02:15:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 520202032 | ^ | MEBN | Jun 11 2024 02:10:56 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719-9146 |
| 520202034 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 02:14:40 | Visa Department Store National Bank, Macy's, Attn:Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520209673 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francis P. Cullari | on behalf of Debtor Geraldine Galamb-Fasano cullari@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4