| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-13044 / MEH**

Geraldine Galamb-Fasano

Petition Filed Date: 03/23/2024
341 Hearing Date: 04/18/2024
Confirmation Date: 06/05/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/16/2024 | $657.00 | | 05/13/2024 | $657.00 | | 06/13/2024 | $657.00 | |
| 07/15/2024 | $657.00 | | 08/14/2024 | $657.00 | | 09/17/2024 | $657.00 | |
| 10/18/2024 | $657.00 | | 11/18/2024 | $657.00 | | 12/23/2024 | $657.00 | |

**Total Receipts for the Period:  $5,913.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,570.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Geraldine Galamb-Fasano | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Francis P. Cullari, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,900.00 | $3,900.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/91 WILLRY ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $320.65 | $0.00 | $320.65 |
| 3 | KIM & KIM DDS | Unsecured Creditors | $694.60 | $0.00 | $694.60 |
| 4 | CAVALRY SPV I, LLC<br>»» CITIBANK, NA | Unsecured Creditors | $929.42 | $0.00 | $929.42 |
| 5 | CAVALRY SPV I, LLC<br>»» CITIBANK, NA | Unsecured Creditors | $831.62 | $0.00 | $831.62 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $568.97 | $0.00 | $568.97 |
| 7 | NORDSTROM, INC.<br>»» TD BANK | Unsecured Creditors | $1,321.39 | $0.00 | $1,321.39 |
| 8 | MIDLAND CREDIT MANAGEMENT, INC<br>»» FIRST ELECTRONIC BANK/DESTINY | Unsecured Creditors | $596.32 | $0.00 | $596.32 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/BIG LOTS | Unsecured Creditors | $1,066.35 | $0.00 | $1,066.35 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY BANK/NY & CO | Unsecured Creditors | $414.70 | $0.00 | $414.70 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CREDIT ONE BANK,NA | Unsecured Creditors | $1,324.50 | $0.00 | $1,324.50 |
| 12 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/BOSCOV'S | Unsecured Creditors | $1,672.70 | $0.00 | $1,672.70 |

**Chapter 13 Case No. 24-13044 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 13 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/ULTAMATE REWARDS | Unsecured Creditors | $1,168.73 | $0.00 | $1,168.73 |
| 14 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $859.35 | $0.00 | $859.35 |
| 15 | CAPITAL ONE AUTO FINANCE<br>»» 2013 NISSAN ROGUE | Debt Secured by Vehicle | $386.72 | $141.19 | $245.53 |
| 16 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $374.65 | $0.00 | $374.65 |
| 17 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $360.48 | $0.00 | $360.48 |
| 18 | BUREAUS INVESTMENT GROUP PORTFOLIO N15<br>»» BJ'S ONE + MC | Unsecured Creditors | $8,703.17 | $0.00 | $8,703.17 |
| 19 | CAPITAL ONE AUTO FINANCE<br>»» 2016 TOYOTA COROLLA | Debt Secured by Vehicle | $279.52 | $102.05 | $177.47 |
| 20 | MIDFIRST BANK<br>»» P/91 WILLRY ST/1ST MTG/ORDER 6/3/24 | Mortgage Arrears | $2,256.25 | $823.72 | $1,432.53 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,570.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $4,966.96 | Current Monthly Payment: | $657.00 |
| Paid to Trustee: | $400.72 | Arrearages: | $0.00 |
| Funds on Hand: | $1,202.32 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.

