Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 24-13044 / MEH**

Geraldine Galamb-Fasano

Petition Filed Date: 03/23/2024
341 Hearing Date: 04/18/2024
Confirmation Date: 06/05/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2025 | $657.00 | | 03/03/2025 | $657.00 | | 03/21/2025 | $657.00 | |
| 04/30/2025 | $657.00 | | 05/29/2025 | $657.00 | | 07/08/2025 | $657.00 | |
| 08/29/2025 | $657.00 | | 09/08/2025 | $657.00 | | 09/26/2025 | $657.00 | |
| 10/24/2025 | $657.00 | | 12/18/2025 | $670.00 | | 01/05/2026 | $670.00 | |
| 01/27/2026 | $660.00 | | | | | | | |

**Total Receipts for the Period: $8,570.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $14,483.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Geraldine Galamb-Fasano | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Francis P. Cullari, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,900.00 | $3,900.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/91 WILLRY ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $320.65 | $83.38 | $237.27 |
| 3 | KIM & KIM DDS | Unsecured Creditors | $694.60 | $180.61 | $513.99 |
| 4 | CAVALRY SPV I, LLC<br>»» CITIBANK, NA | Unsecured Creditors | $929.42 | $241.67 | $687.75 |
| 5 | CAVALRY SPV I, LLC<br>»» CITIBANK, NA | Unsecured Creditors | $831.62 | $216.24 | $615.38 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $568.97 | $147.95 | $421.02 |
| 7 | NORDSTROM, INC.<br>»» TD BANK | Unsecured Creditors | $1,321.39 | $343.60 | $977.79 |
| 8 | MIDLAND CREDIT MANAGEMENT, INC<br>»» FIRST ELECTRONIC BANK/DESTINY | Unsecured Creditors | $596.32 | $155.06 | $441.26 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/BIG LOTS | Unsecured Creditors | $1,066.35 | $277.28 | $789.07 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY BANK/NY & CO | Unsecured Creditors | $414.70 | $107.84 | $306.86 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CREDIT ONE BANK,NA | Unsecured Creditors | $1,324.50 | $344.41 | $980.09 |

**Chapter 13 Case No. 24-13044 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 12 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/BOSCOV'S | Unsecured Creditors | $1,672.70 | $434.95 | $1,237.75 |
| 13 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/ULTAMATE REWARDS | Unsecured Creditors | $1,168.73 | $303.90 | $864.83 |
| 14 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $859.35 | $223.45 | $635.90 |
| 15 | CAPITAL ONE AUTO FINANCE<br>»» 2013 NISSAN ROGUE | Debt Secured by Vehicle<br>No Disbursements: Paid in Full | $257.07 | $257.07 | $0.00 |
| 16 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $374.65 | $97.42 | $277.23 |
| 17 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $360.48 | $93.73 | $266.75 |
| 18 | BUREAUS INVESTMENT GROUP PORTFOLIO N1<br>»» BJ'S ONE + MC | Unsecured Creditors | $8,703.17 | $2,263.07 | $6,440.10 |
| 19 | CAPITAL ONE AUTO FINANCE<br>»» 2016 TOYOTA COROLLA/SV 9/10/25 | Debt Secured by Vehicle | $279.52 | $279.52 | $0.00 |
| 20 | MIDFIRST BANK<br>»» P/91 WILLRY ST/1ST MTG/ORDER 6/3/24 | Mortgage Arrears | $2,256.25 | $2,256.25 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,483.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $12,207.40 | Current Monthly Payment: | $657.00 |
| Paid to Trustee: | $1,044.02 | Arrearages: | $628.00 |
| Funds on Hand: | $1,231.58 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**